# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br> v. <br> Wesley D Johnson, Defendant. | **COURT MINUTES - CRIMINAL** <br><br> Case No:     CR 21-73 (1) DWF <br> Date:     April 15, 2022 <br> Court Reporter: Lynne Krenz <br> Courthouse:     St. Paul <br> Courtroom:     7C <br> Time Commenced:   1:40 PM <br> Time Concluded:   2:55 PM <br> Time in Court:  1 Hour & 15 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Allison Kim Ethen, Assistant United States Attorney
   For Defendant:   Aaron J Morrison, x CJA

**x Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 66 months | | 3 years | | |
| 2 | X | | 66 months | | 3 years | | |

**Said sentence shall run concurrently.**

x Special conditions of:   See J&C for special conditions
 x Defendant sentenced to pay:
        x Restitution in the amount of: n/a
        x Special assessment in the amount of $200.00.
 x Plea and plea agreement accepted.
 x   Defendant remanded to the custody of the U.S. Marshal.
 x Docket no.: 29 shall remain sealed for 20 years until April 15, 2042.

                                                                         s/L. Sampson
                                                                        Courtroom Deputy